JOSEPH McNAMARA, Respondent, v. HORN & HARDART Co., Appellant.—

Concur
— Botein, P. J., McNally, Stevens, Steuer and Noonan, JJ.